# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ms. Daniel Patrick Benz-Whitebird, *a.k.a.* *Danielle Whitebird*, | Civ. No. 23-469 (JWB/DJF) |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| Paul Schnell *et al.*, | |
| Defendants. | |

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on December 12, 2023. (Doc. No. 66.) No objections to the R&R have been filed in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). A portion of the R&R has become moot because the parties stipulated to dismiss Defendants Dr. Gutenkauf and Dr. Truitt on January 8, 2024. (*See* Doc. Nos. 69, 71.) Having reviewed the remainder of the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The December 12, 2023 Report and Recommendation (Doc. No. 66) is **ACCEPTED**, except that the portion of the R&R addressing Plaintiff's claims against Defendants Dr. Gutenkauf and Dr. Truitt in their individual capacities is moot; and

2. Defendants' Motions to Dismiss (Doc. Nos. 23, 35) are **GRANTED IN PART AND DENIED IN PART** as follows:

    a.    Plaintiff's claims against "Unknown Department of Corrections Employees," Dr. Louis Schicker, and "Unknown Centurion of Minnesota L.L.C. Employees" are **DISMISSED**;

    b.    Plaintiff's claims under the Americans with Disabilities Act and the Rehabilitation Act are **DISMISSED**;

    c.    Plaintiff's failure to protect claims are **DISMISSED** as follows:

        i.    Plaintiff's claims for damages are **DISMISSED** for failure to state a claim; and

        ii.    Plaintiff's claims for declaratory and injunctive relief are **DISMISSED AS MOOT**; and

    d.    Defendants' Motions are **DENIED** with respect to Plaintiff's *Monell* claim against Defendant Centurion of Minnesota LLC and with respect to Defendants' request for an order limiting Plaintiff's damages.

Date: January 16, 2024                    *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Judge